# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RAYFIELD JOSEPH THIBEAUX**  CIVIL ACTION

**VERSUS**

NO. 18-314-JWD-EWD

**PSYCHIATRIST, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 29, 2018, to which an objection was filed, (Doc. 12):

**IT IS ORDERED** that this matter is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that the pending Motion to Appoint Counsel, (Doc. 3) and Motion to Have Summons and Complaint Served by U.S. Marshal, (Doc. 4) are DENIED as moot.

Signed in Baton Rouge, Louisiana, on April 10, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**